**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

**v.**                              **CASE NO. 4:10CR00065 BSM**

**KEITH ROBINSON**                                                                        **DEFENDANT**

## JUDGMENT

For the reasons stated on the record at defendant Keith Robinson's August 27, 2014, revocation hearing, Robinson's supervised release is hereby revoked.

Accordingly, Robinson is sentenced to six months incarceration in the Bureau of Prisons. Following his term of imprisonment, Robinson shall serve a term of one year of supervised release, and shall participate in inpatient treatment followed by sixty days of Chem-free living. All general and standard conditions previously imposed remain in full force and effect. Robinson shall self report to the United States Marshal Service by 12 p.m., Thursday, September 3, 2014.

The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshal Service.

IT IS SO ORDERED THIS 29th day of August 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE